# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

Juan Cervantes and Marina Cervantes,

       Plaintiffs,               Civil Action No.

v.                             1:16-cv-02691-LMM

Southern Demolition, LLC d/b/a
Southern Demolition and
Environmental; Nest Properties, Inc.
d/b/a The Deconstructed House;
and Gina Cambardella Ragsdale,

       Defendants.

## DISMISSAL OF ACTION

COME NOW, Plaintiffs Juan Cervantes and Marina Cervantes, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and hereby dismiss the above captioned case.

Respectfully submitted this 8th day of November,  2016.

                              /s/Debra Schwartz
                              Debra Schwartz
                              Georgia Bar No. 631035
                              Charlotte J. Redo
                              Georgia Bar No. 604571

Schwartz Rollins, LLC
945 E. Paces Ferry Road, Suite 2270
Atlanta, GA 30326
Telephone: 404-844-4130
Facsimile:  404-844-4135
des@gaemploymentlawyers.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

Juan Cervantes and Marina Cervantes,

        Plaintiffs,                      Civil Action No.

v.                                     1:16-cv-02691-LMM

Southern Demolition, LLC d/b/a
Southern Demolition and
Environmental; Nest Properties, Inc.
d/b/a The Deconstructed House;
and Gina Cambardella Ragsdale,

        Defendants.

<u>Certificate of Service</u>

I hereby certify that I have this day filed a copy of the Dismissal with the

Court's electronic filing system.

This 8th day of November, 2016.

                                         <u>/s/Debra Schwartz</u>
                                         Debra Schwartz
                                         Georgia Bar No. 631035

Schwartz Rollins, LLC
945 E. Paces Ferry Road, Suite 2270
Atlanta, GA 30326
Telephone: 404-844-4130
Facsimile:  404-844-4135